IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00295-BNB

GLENN H. KEMP,

      Plaintiff,

v.

ARISTEDES ZAVARAS,
KEVIN MILYARD,
BEVERLY DOWIS,
BRIAN WEBSTER,
GATBEL CHAMJOCK,
CHRIS WADE,
T. TARVER, and
ANTHONY A. DECESARO,

      Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN -3 2009

GREGORY C. LANGHAM
CLERK

---

ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the

Court has determined that this case does not appear to be appropriate for summary

dismissal.  Therefore, the case will be drawn to a district judge and to a magistrate

judge.  *See* D.C.COLO.LCivR 8.2D.  Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

DATED June 3, 2009, at Denver, Colorado.

                    BY THE COURT:

                    s/ Boyd N. Boland
                    United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  09-cv-00295-BNB

Glenn H. Kemp
Prisoner No. 118797
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751


       I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _6/3/09_

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk