IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN -8 2009

GREGORY C. LANGHAM
                              CLERK

Civil Action No. 09-cv-00295-WYD-MJW

GLENN H. KEMP,

      Plaintiff,

v.

ARISTEDES ZAVARAS,
KEVIN MILYARD,
BEVERLY DOWIS,
BRIAN WEBSTER,
GATBEL CHAMJOCK,
CHRIS WADE,
T. TARVER, and
ANTHONY A. DECESARO,

      Defendants.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS MATTER came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is hereby

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If the Clerk is unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that Defendants or counsel for Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on Defendants.

Dated: June 5, 2009.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00295-WYD-MJW

Glenn H. Kemp
Prisoner No. 118797
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Aristedes Zavaras, Kevin Milyard,
beverly Dowis, Brian Webster,
Gatbel Chamjock, Chris Wade,
T. Tarver, and Anthony DeCesaro – **WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

  I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Aristedes Zavaras, Kevin Milyard, Beverly Dowis, Brian Webster, Gatbel Chamjock, Chris Wade, T. Tarver, and Anthony DeCesaro: AMENDED COMPLAINT FILED 5/20/09, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/8/09.

              GREGORY C. LANGHAM, CLERK

              By: _____
                    Deputy Clerk