IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00295-WYD-MJW

GLENN H. KEMP,

Plaintiff(s),

v.

ARISTEDES ZAVARAS, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe


It is hereby ORDERED that Defense Counsel's Motion to Withdraw Appearance and Motion to Dismiss on Behalf of Defendant Brian Webster (docket no. 22) is GRANTED finding good cause shown.  Senior Assistant Attorney General Patrick L. Sayas is WITHDRAWN as counsel of record for Defendant Brian Webster.

It is FURTHER ORDERED that Defendant Brian Webster is stricken from the Defendants' Motion to Dismiss (docket no. 18), since Senior Assistant Attorney General Patrick L. Sayas does not represent Defendant Brian Webster.

It is FURTHER ORDERED that the Pro Se Incarcerated Plaintiff shall forthwith serve Defendant Brian Webster with the summons and complaint.  According to paragraph 3 of the subject motion (docket no. 22), Brian Webster's last known address is 503 Elmwood Street, Sterling, Colorado 80751.


Date:   October 01, 2009