IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00295-WYD-MJW

GLENN H.  KEMP,

Plaintiff,

v.

ARISTEDES ZAVARAS, et al.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the Plaintiff's Motion for Attorney General to Provide the Address of Non-Served Defendant to the Court Under Seal (Docket No. 33) is granted.  Defense counsel is granted leave to file defendant Brian Webster's last known address to the court under seal.  The court advises plaintiff, however, that personal service on the defendant is not possible at a Post Office Box, and it will be the plaintiff's obligation to provide an address sufficient for service.  See Knapp v. Hickman, 2009 WL 4828731 (E.D. Cal. Dec. 9, 2009); Zaritsky v. Crawford, 2008 WL 2705488 (D. Nev. July 9, 2008) (U.S. Marshal was unable to serve a defendant because the address was a post office box).

Date:    December 30, 2009