IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00295-WYD-MJW

GLENN H.  KEMP,

Plaintiff,

v.

ARISTEDES ZAVARAS, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the Plaintiff's Motion for Service by the United States Marshal (Docket No. 40) is granted.  The court will issue a separate order directing the U.S. Marshal Service to effect service upon defendant Brian Webster at the physical address provided by the plaintiff in his motion.

Date:   January 21, 2010