IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00295-WYD-MJW

GLENN H. KEMP,

Plaintiff,

v.

ARISTEDES ZAVARAS, et al.,

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 21 2010

GREGORY C. LANGHAM
                              CLERK

---

### ORDER DIRECTING SERVICE UPON DEFENDANT BRIAN WEBSTER

---

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

Plaintiff has provided the court with the following purported physical address for defendant Brian Webster: Brian R. Webster, c/o Steven Hillis, 730 Sharar Ct., Cape Coral, FL 33904.  Based upon this information it is hereby

ORDERED that if appropriate, the Clerk shall attempt to obtain a waiver of service from defendant Webster.  If unable to do so, the United States Marshal shall serve a copy of the Amended Prisoner Complaint and summons upon defendant Webster at the alleged address provided above.  If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.  It is further

ORDERED that defendant Webster or his counsel shall respond to the Amended Prisoner Complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Date:   January 21, 2010              s/Michael J. Watanabe
        Denver, Colorado              Michael J. Watanabe
                                      United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00295-WYD-MJW

Glenn H. Kemp
Prisoner No. 118797
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

US Marshal Service
Service Clerk
Service forms for: Brian Webster

Patrick L. Sayas
Assistant Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Brian Webster: AMENDED COMPLAINT FILED 5/20/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 1/21/10.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk