IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00295-WYD-MJW

GLENN H. KEMP,

Plaintiff,

v.

ARISTEDES ZAVARAS, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby **ORDERED** that the Plaintiff's Motion to Strike Defense Counsel's Motion to Dismiss on behalf of Brian Webster (Docket No. 53) is denied, finding no basis in law or in fact.

Date: April 5, 2010