IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00295-WYD-MJW

GLENN H. KEMP,

Plaintiff,

v.

ARISTEDES ZAVARAS, et al.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby **ORDERED** that the Plaintiff's Motion for Equitable Tolling and Acceptance of Objection and Response to Motion to Dismiss (Docket No. 63) is granted. Consequently, plaintiff's Objection to Minute Order Denying Motion to Strike (Docket No. 61) and plaintiff's Response to Webster's Motion to Dismiss (Docket No. 62) are accepted as timely filed.

Date: May 4, 2010