IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00295-WYD-MJW

GLENN H. KEMP,

Plaintiff,

v.

ARISTEDES ZAVARAS, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Defendant Webster's Motion to Withdraw his Motion to Dismiss the Amended Complaint (Docket No. 78) is granted. Accordingly, the Motion to Dismiss the Amended Complaint (Docket No. 50) is deemed withdrawn.

Date: June 18, 2010