IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00295-WYD-MJW

GLENN H. KEMP,

Plaintiff,

v.

BRIAN WEBSTER,
GATBEL CHAMJOCK,
CHRIS WADE, and
T. TARVER,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that plaintiff's Motion for Leave to Amend Complaint (Docket No. 93) is denied without prejudice based upon plaintiff's failure to tender a proposed Amended Complaint with his motion.

Date:   June 14, 2011