IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00295-RBJ-MJW

GLENN KEMP,

    Plaintiff,

v.

BRIAN WEBSTER, et al

    Defendants.

---

**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF GLENN KEMP**

---

Plaintiff Glenn Kemp, CDOC#118797, is a necessary and material witness in his own jury trial scheduled to take place before the Honorable Kathryn Vratil on October 31th, 2012 at 8:30 a.m. at the United States District Court for the District of Colorado, 901 19th Street, Denver, Colorado 80294, Courtroom A601. Mr. Kemp is currently confined at Sterling Correctional Facility in Sterling, Colorado in the custody of Warden James Falk. In order to secure Mr. Kemp's attendance at this trial, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue, ordering Mr. Kemp's custodian to produce him at the United States District Court for the District of Colorado.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding the Warden of the Sterling Correctional Facility, and the Colorado Department of Corrections to produce inmate, Glenn Kemp, CDOC#118797 on October 31st, 2012, for a three-day jury trial to be held at the United States District Court for the District of Colorado, 901 19th Street, Denver, Colorado 80294, until the completion of the proceeding or as ordered by the Court, and thereafter to return Mr. Kemp to the Sterling Correctional Facility.

2. The custodian is further ordered to notify the Court of any change in the custody of Mr. Kemp, and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: The Warden of Sterling Correctional Facility

YOU ARE COMMANDED to produce inmate Glenn Kemp, CDOC#118797 on October 31st, 2012, for a three-day jury trial to be held at the United States District Court for the District of Colorado, 901 19th Street, Denver, Colorado 80294, Courtroom A601 before the Honorable Kathryn H. Vratil, or until completion of this proceeding or as ordered by the Court, and thereafter return Kemp to Colorado State Penitentiary.

FURTHER, you have been ordered to notify the Court of any changes in the custody of Mr. Kemp and to provide the new custodian with a copy of this writ.

Dated this 29th day of October, 2012.

_____
Judge R. Brooke Jackson
United States District Court Judge