**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  09-cv-00295-KHV-MJW

GLENN H. KEMP

      Plaintiff,

v.

BRIAN WEBSTER,
GATBEL CHAMJOCK,
CHRIS WADE,
TRACY TARVER, and
BEVERLY DOWIS,

      Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

1.    Pursuant to the Order entered by Judge R. Brooke Jackson on October 16, 2012 [Docket No. 160], Defendant Webster and Defendant Chomjock's motion for summary judgment is GRANTED [No. 134].  Accordingly, summary judgment is entered in favor of defendants Brian Webster and Gatbel Chamjock and against the plaintiff and Plaintiff's claims against defendants Webster and Chamjock are dismissed.

2.    Commencing October 31, 2012, this action was tried before a jury of eight duly sworn to try the issues herein with U.S. District Kathryn H. Vratil presiding, and the jury rendered a verdict.  Accordingly, it is

ORDERED that final judgment is entered in favor of Plaintiff Glenn H. Kemp and

against defendants Chris Wade, Tracy Tarver, and Beverly Dowis, in accordance with the jury's verdict.  It is thereby

ORDERED that Plaintiff Glenn H. Kemp recover from Defendant Chris Wade $1,001.00.  It is

FURTHER ORDERED  Plaintiff Glenn H. Kemp recover from Defendant Tracy Tarver $1,001.00.  It is

FURTHER ORDERED that Plaintiff Glenn H. Kemp recover from Defendant Beverly Dowis $30,000.00.  It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.18%.  It is

FURTHER ORDERED that the plaintiff is **AWARDED** his costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 7th day of November, 2012.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler
Deputy Clerk

APPROVED BY THE COURT:

s/Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge